**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2180**

_____

ROBERT CARTWRIGHT; DENISE O. SAWYER, Administratrix of the
Estate of Jonathan Sawyer, III,

        Plaintiffs – Appellants,

    and

JONATHAN SAWYER,

        Plaintiff,

    v.

TOWN OF PLYMOUTH, NORTH CAROLINA; KENNETH CREQUE; JOANNE
FLOYD,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  Louise W.
Flanagan, District Judge.  (2:14-cv-00039-FL)

_____

Submitted:  March 30, 2016        Decided:  April 29, 2016

_____

Before MOTZ and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Walter S. Webster, THE WEBSTER LAW FIRM, Goldsboro, North Carolina, for Appellants. M. Robin Davis, Ann H. Smith, JACKSON LEWIS P.C., Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cartwright and Denise O. Sawyer appeal the district court's orders dismissing their complaint pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cartwright v. Town of Plymouth, NC, No. 2:14-cv-00039-FL (E.D.N.C. Mar. 26 & Sept. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED